1022

## The KATINGO HADJIPATERA.

AMERICAN TOBACCO CO. and R. J. Reynolds Tobacco Company, Libellants-Appellees, v. Steamship "KATINGO HADJIPATERA", her engines, boilers, etc., and J. C., N. C. and A. C. Hadjipateras, Respondents, K. Diamantopoulos, Minister to the United States for the Kingdom of Greece, Appellant.

### No. 297.

Circuit Court of Appeals, Second Circuit.

April 23, 1941.

Hatch & Wolfe, of New York City (Carver W. Wolfe, of New York City, of counsel), for respondent-appellant.

Bigham, Englar, Jones & Houston, of New York City (T. Catesby Jones, Henry N. Longley, and John W. R. Zisgen, all of New York City, of counsel), for libellants-appellees.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below.

### ■
Seeta ARRINGTON and William Roy Arrington, Plaintiffs, v. Clinton K. ROBERTSON, Defendant-Appellant.

### No. 7655.

Circuit Court of Appeals, Third Circuit.

May 29, 1941.

Thomas E. Comber, Jr., of Philadelphia, Pa. (William H. James, of Philadelphia, Pa., on the brief), for appellant.

Louis S. Hankin, of Philadelphia, Pa. (B. Nathaniel Richter, of Philadelphia, Pa., on the brief), for appellees.

Before BIGGS, CLARK, and GOODRICH, Circuit Judges.

PER CURIAM.

This is the second appeal in this litigation to this court. See Arrington v. Robertson, 3 Cir., 1940, 114 F.2d 821. We have examined the testimony herein fully and conclude that no substantial question is involved in this appeal and that we should not be justified in filling the space involved in printing the demonstration of that fact.

The judgment of the District Court is affirmed.

### ■
KNAUST BROTHERS, Inc., Plaintiff-Appellant, v. Edward J. GOLDSCHLAG and Samuel Poplock, doing business as New York State Mushroom Company, Defendants-Appellees.

### No. 293.

Circuit Court of Appeals, Second Circuit.

June 4, 1941.

See, also, 34 F.Supp. 87.

Kenyon & Kenyon, of New York City (Theodore S. Kenyon and W. Houston Kenyon, Jr., both of New York City, of counsel), for appellant.

N. Joseph Friedman, of Catskill, N. Y., for appellees.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, D. C., 28 F.Supp. 188.